**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SUSAN MARIE STENBERG,<br><br>*Plaintiff*,<br><br>v.<br><br>USD 303 NESS CITY,<br><br>*Defendant*. | Case No. 25-1194-AJP-GEB |

**ORDER**

This matter is before the Court on Magistrate Judge Gwynne E. Birzer's Report and Recommendation ("R&R") (Doc. 11) that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief can be granted. The R&R was filed on July 2, 2026, and Plaintiff was given 14 days after being served with the R&R to file any objections.

The R&R was sent to Plaintiff via email to the email address given to the Court by Plaintiff. No written objections have been filed to the R&R, and Plaintiff has not filed anything further in this case. Thus, the 14-day response time to file any objections has expired.

After a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts and adopts the R&R (Doc. 11) as its own, and this case is

**DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2026.

s/Anthony J. Powell
ANTHONY J. POWELL
UNITED STATES DISTRICT JUDGE